IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PETER J. FERRARI, | ) | |
|    Plaintiff and Counter Defendant, | ) ) ) ) | |
| vs. | ) | 2:14-cv-01941-LSC |
| D.R. HORTON, INC.-BIRMINGHAM, | ) ) ) ) | |
|    Defendant and Counter Claimant | ) ) | |

ORDER

The Court has thirteen motions before it.

1. **Motion to Compel Forensic Examination of Devices and Motion for Sanctions (Doc. 121).**

This Motion is denied at this time. This Court ordered Peter Ferrari and his counsel to give Defendant DR Horton, Inc. - Birmingham any copy of the files Ferrari took from DR Horton and delete the files from any device he has. (Doc. 109). Ferrari is under a continuing obligation to do so if he has not already. However, the Court will deny any motion for sanctions at this time. DR Horton may reassert its request for sanctions at the time of the resolution of the case.

2. **Motion to Compel (Doc. 122)**

This motion concerns Scott and Jennifer Whitehurst and business entities connected to them. Consistent with the Court's instructions at the July 26, 2016 hearing, this motion is GRANTED in part. Scott and Jennifer Whitehurst, must produce documents for any business entity in which they hold at least a 25% ownership stake or any entity in which they are a manager, director, officer, partner, or trustee. However, if any entity in which they are a manager, director, officer, partner, or trustee is completely unrelated to the case—i.e., a charitable, fraternal, or civic organization—then they must only provide a list setting out each entity with an explanation of why it is unrelated. The documents to be produced are the documents outlined in paragraphs 2 and 5 of Ferrari's subpoenas. These documents must be produced within fifteen days of the July 26, 2016 hearing.

3. **Motion to Take Deposition of Paul Hunter-Perkins (Doc. 127).**

This motion is GRANTED. DR Horton must make Ms. Hunter-Perkins available on August 9, 10, or 11, 2016 to be deposed.

4. **Motion for Protective Order (Doc. 137)**

This motion is GRANTED in part and DENIED in part. Ferrari may not take the deposition of the Mr. D.R. Horton. However, he may take the depositions of Donald Tomnitz and David Auld on August 9, 10, or 11.

5. **Motion to Compel (Doc. 142)**

This motion is GRANTED insofar as it is consistent with the Court's instructions at the July 26, 2016 hearing. All privilege logs produced by either party must have sufficient explanation to enable the other party to make a meaningful objection.

6. **Motion for Protection from Court Appearance (Doc. 134)**

This motion is GRANTED. Defendant is granted a two week extension to file a dispositive motion.

7. **Motion for Extension of Time (Doc. 139)**

This motion is GRANTED. Plaintiff has until August 31 to file a dispositive motion.

8. **Motion to Take Deposition of Todd McCrory (Doc. 146)**

This motion is GRANTED.

9. **Motion for Protective Order (Doc. 145)**

DR Horton, Inc. – Birmingham has seven (7) days to respond to this motion stating its opposition.

10.     **Motion to File Under Seal (Doc. 148)**

This Motion is GRANTED.

11. **Motion to Compel (Doc. 128)**

It appears to the Court that the motion may still be amenable to resolution in whole or in part by agreement of counsel. It is therefore hereby ORDERED that counsel for the Ferrari shall confer with counsel for the third parties and shall attempt to resolve their differences regarding the discovery at issue. The Court will hear argument and rule upon this motion only if Ferrari files a further statement with the Court certifying that, after personal consultation and sincere efforts to do so, counsel have been unable to resolve this matter satisfactorily.

Unless such statement is filed on or before Tuesday, August 23, 2016 at 4:00 PM, the Court will consider the motion moot and will enter an order to that effect. If such a statement is filed on or before Tuesday, August 23, 2016, the Court will hear argument and rule upon the motion at a hearing set for Thursday, August 25, 2016 at 1:30 PM, Courtroom 5A, Hugo Black United States Courthouse, Birmingham, AL before Judge L. Scott Coogler.

12. **Motion to Compel (Doc. 132)**

It appears to the Court that the motion may still be amenable to resolution in whole or in part by agreement of counsel.  It is therefore hereby ORDERED that counsel for the Ferrari shall confer with counsel for the third parties and shall attempt to resolve their differences regarding the discovery at issue.  The Court will hear argument and rule upon this motion only if Ferrari files a further statement with the Court certifying that, after personal consultation and sincere efforts to do so, counsel have been unable to resolve this matter satisfactorily.

Unless such statement is filed on or before Tuesday, August 23, 2016 at 4:00 PM, the Court will consider the motion moot and will enter an order to that effect. If such a statement is filed on or before Tuesday, August 23, 2016, the Court will hear argument and rule upon the motion at a hearing set for Thursday, August 25, 2016 at 1:30 PM, Courtroom 5A, Hugo Black United States Courthouse, Birmingham, AL before Judge L. Scott Coogler.

13. **Motion to Compel (Doc. 147)**

It appears to the Court that the motion may still be amenable to resolution in whole or in part by agreement of counsel.  It is therefore hereby ORDERED that counsel for the parties shall confer and shall attempt to resolve their differences regarding the discovery at issue.  The Court will

hear argument and rule upon this motion only if the parties file a further statement with the Court certifying that, after personal consultation and sincere efforts to do so, counsel have been unable to resolve this matter satisfactorily.

Unless such statement is filed on or before Tuesday, August 23, 2016 at 4:00 PM, the Court will consider the motion moot and will enter an order to that effect. If such a statement is filed on or before Tuesday, August 23, 2016, the Court will hear argument and rule upon the motion at a hearing set for Thursday, August 25, 2016 at 1:30 PM, Courtroom 5A, Hugo Black United States Courthouse, Birmingham, AL before Judge L. Scott Coogler.

Done and Ordered this 2nd day of August 2016.

*/s/ L. Scott Coogler*

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
182185